[DO NOT PUBLISH]


IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-11311
Non-Argument Calendar
_____

D.C. Docket No. 9:95-cr-08095-JEM-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT BIGNEY,
a.k.a. Robert G. Bigney,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(September 15, 2017)


Before MARTIN, ANDERSON, and EDMONDSON, Circuit Judges.

PER CURIAM:

Robert Bigney appeals his 24-month total sentence imposed after the district court revoked his term of supervised release.  To the extent he challenges the district court's guideline calculation, we do not review Bigney's claim because he waived that argument at sentencing.  Furthermore, Bigney's sentences were substantively reasonable: they were within his guideline range, and the court considered the relevant sentencing factors and the parties' arguments – including those about Bigney's ADHD -- at sentencing.

AFFIRMED.